1

2

3

4

5

6

7

8                                     UNITED STATES DISTRICT COURT

9                                  SOUTHERN DISTRICT OF CALIFORNIA

10

11    BAXTER HEALTHCARE                         Case No.:  3:17-CV-2186-RSH-RBB
      CORPORATION and BAXTER
12    CORPORATION ENGLEWOOD,
                                                **ORDER GRANTING JOINT**
13                          Plaintiffs,         **MOTION TO LIFT STAY**

14    v.

15    BECTON, DICKINSON, AND
16    COMPANY,

17                          Defendant.

18

19          On May 21, 2019, the Court stayed this case pending *inter partes* review ("IPR"),

20    including any appeal. ECF No. 69. On May 26, 2022, the parties filed a Joint Motion To

21    Lift Stay ("Motion"). ECF No. 82. The parties indicated that the Patent Trial and Appeal

22    Board issued Final Written Decisions, and all appeals have been exhausted. *Id*. ¶ 7. The

23    Patent Office issued IPR Certificates cancelling all claims of U.S. Patent Nos. 9,474,693

24    and 9,662,273, and all challenged claims of U.S. Patent No. 8,554,579. *Id*. ¶ 8. As a

25    result, the parties report that Plaintiffs' patent claims in this case have been extinguished,

26    //

27    //

28    //

                                                  1

1   and they request that the stay be lifted in order to file motions to terminate this action. *Id*.

2   ¶ 9.

3         In light of the foregoing, the Court **GRANTS** the Motion and **HEREBY LIFTS**

4   **THE STAY**.  The parties shall file joint or individual motions to terminate this lawsuit

5   within thirty (30) days of the date of this Order.

6         **IT IS SO ORDERED**.

7

8   Dated:  July 6, 2022

                              Robert S. Huie

                              _____

9                               Hon. Robert S. Huie
                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2